UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:14-CR-035 |
| | ) |
| SERGIO VERDIN REYES | ) |

## **MEMORANDUM AND ORDER**

Now before the court is the defendant's motion to continue his trial date and plea deadline. [Doc. 115]. Defense counsel indicates that pretrial investigations and negotiations are ongoing and that he will need additional time to prepare should this case go to trial.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 115] is **GRANTED**. This criminal case is **CONTINUED** from November 4, 2014, to **Tuesday, January 13, 2015, at 9:00 a.m.** in Greeneville. The new plea cutoff date is December 22, 2014.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge