UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:14-CR-035 |
| ) | |
| SERGIO VERDIN REYES ) | |

## **O R D E R**

The defendant's motion to continue [doc. 200] is **GRANTED** for the reasons provided therein. Sentencing, presently scheduled for June 4, 2015, is **RESET** to **Tuesday, August 4, 2015, at 1:15 p.m.** in Greeneville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge